ACCEPTED
04-15-00537-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/3/2015 10:38:48 AM
KEITH HOTTLE
CLERK

NO. 04-15-00537-CV

| | | |
|---|---|---|
| JOSHUA KALINCHUK, | § | IN THE FOURTH DISTRICT |
| *Appellant*, | § | |
| | § | |
| V. | § | COURT OF APPEALS |
| | § | |
| JP SANCHEZ CONSTRUCTION CO., | § | |
| *Appellee*. | § | SAN ANTONIO, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
09/3/2015 10:38:48 AM
KEITH E. HOTTLE
Clerk

## ENTRY OF APPEARANCE

Comes now, Karen L. Landinger, and makes her entry of appearance as lead appellate counsel for Appellee JP SANCHEZ CONSTRUCTION CO.

1. The necessary information for Karen L. Landinger is as follows:

   Karen L. Landinger
   State Bar No. 00787873
   COKINOS, BOSIEN & YOUNG
   10999 West IH-10, Suite 800
   San Antonio, Texas 78230
   (210) 293-8700 (Office)
   (210) 293-8743 (Direct)
   (210) 293-8733 (Fax)
   klandinger@cbylaw.com

2. Please forward all notices, orders, correspondence and communication to Ms. Landinger at the above provided information.

Respectfully submitted,

COKINOS, BOSIEN & YOUNG


By  /s/ Karen L. Landinger
      KAREN L. LANDINGER
      State Bar No. 00787873
      klandinger@cbylaw.com
      MARC A. YOUNG
      State Bar No. 22201500
      myoung@cbylaw.com
      ANDRES R. GONZALEZ
      State Bar No. 24032240
      agonzalez@cbylaw.com
      10999 West IH-10, Suite 800
      San Antonio, Texas  78230
      (210) 293-8700 (Office)
      (210) 293-8743 (Direct - Landinger)
      (512) 610-1182 (Direct - Young)
      (210) 293-8752 (Direct - Gonzalez)
      (210) 293-8733 (Fax)

ATTORNEYS FOR APPELLEE

## CERTIFICATE OF SERVICE

I certify on September 3, 2015, I served a copy of the foregoing *Entry of Appearance* on the parties listed below by electronic service and that the electronic transmission was reported as complete. My email address is klandinger@cbylaw.com.

*COUNSEL FOR APPELLANT*

Kurt B. Arnold
J. Kyle Findley
Cesar Tavares
ARNOLD & ITKIN LLP
6009 Memorial Drive
Houston, Texas 77007
(713) 222-3800 (Office)
(713) 222-3850 (Fax)
karnold@arnolditkin.com
kfindley@arnolditkin.com
ctavares@arnolditkin.com
e-service@arnolditkin.com


_/s/ Karen L. Landinger_
KAREN L. LANDINGER